UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>BRADLEY STAFFORD<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: _____ |

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through its agency the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, BRADLEY STAFFORD, is an individual residing at 91 Nehoiden Road, Waban, MA 02468.

### COUNT I

4. On or about February 14, 2017 Defendant BRADLEY STAFFORD, executed and delivered a Promissory Note and Loan Authorization and Agreement to SBA in the amount of $50,000.00 with interest accruing at variable rates per annum as Exhibit "A".

5. On or about April 5, 2020 the debtor became delinquent, and SBA had to pay the guaranteed interest and became the holder of the Note with a balance due of $49,976.96 with a daily interest of $10.95

6.    Plaintiff is the current owner and holder of the promissory note and all security instruments associated with the promissory note.

7.    Plaintiff has made demand upon the Defendant for the full amount of this claim, but the defendant has failed to make payment.

8.    As of January 20, 2026, the Defendant is indebted to the United States in the amount of $79,941.00 calculated as follows:

| | |
|---|---|
| Principal: | $49,976.96 |
| Interest (at 8.00%) | $10,603.33 |
| Admin fees: | $19,360.71 |
| Total: | $79,941.00 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit B** and incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendant for $79,941.00 plus interest from January 20, 2026, and for such other and further relief as this Court deems fair and reasonable.

Dated: March 30, 2026

The United States of America
By its attorneys[1]:

    /s/ *John O. Postl*
John O. Postl, BBO# 567729
Schuerger Law Group
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
jpostl@schuergerlaw.com
Phone No. 614-824-5731
Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.